Case 8:08-cv-01453-JVS-MLG   Document 58   Filed 12/09/09   Page 1 of 1   Page ID #:1173

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buy.Com Inc., | SACV 08-01453-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| Warrantech Consumber Product Services, et al., | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: December 9, 2009

_____
James V. Selna
United States District Judge